UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| JUAN MANUAL REYES, )<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>UNITED STATES OF AMERICA, )<br>DEPARTMENT OF THE NAVY, U.S. )<br>MARINE CORPS, DEPARTMENT OF )<br>VETERAN AFFAIRS, CITY OF )<br>JACKSONVILLE, NC, and )<br>JACKSONVILLE WATER SUPPLY )<br>COMPANY, )<br>)<br>Defendants. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 7:22-CV-181-BO** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the memorandum and recommendation [DE 12] is ADOPTED. Plaintiff's complaint is hereby DISMISSED without prejudice. The clerk is DIRECTED to close the case.

This Judgment filed and entered on March 2, 2023, and copies to:
Juan Manuel Reyes                                       (Sent to Eastern Oregon Correctional Institution via US Mail)

March 2, 2023                                           PETER A. MOORE, JR.
                                                        Clerk of Court

                                                By: /s/ Nicole Sellers
                                                    Deputy Clerk